24042

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

RECEIVED
01 JUL -2 PM 2:02
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1090 MJD/JGL **Case Title:** Kelleher v. DaimlerChrysler Corp.

**Affidavit of Movant**

I, Richard A. Lind, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lawrence J. Murphy, an attorney admitted to practice in the Western District of Michigan, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant DaimlerChrsyler Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 63381
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Lawrence J. Murphy, am currently a member in good standing of the U.S. District Court for the Western District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Lawrence J. Murphy [signature] 6/28/01
Type/Print Name Signature Date

Attorney License Number: P30305

Law Firm Name and Address: Varnum, Riddering, Schmidt & Howlett LLP
251 N. Rose St., Fourth Floor
Kalamazoo, MI 49007

Telephone: (616) 553-3511

Motion Granted: [signature] JUL 03 2001
For the Court: ~~Francis E. Dosal,~~ Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ______