UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1090 (MJD/JGL)

JOHN A. KELLEHER,

Plaintiff,

v.

**PRETRIAL ORDER**

DAIMLERCHRYSLER CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. Plaintiff shall disclose all expert witnesses by June 1, 2002, and reports by July 1, 2002; Defendant shall disclose all expert witnesses by July 1, 2002, and reports by August 1, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by September 1, 2002; The period during which the parties may seek expert discovery shall be completed by October 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to December 1, 2002; and

Filed OCT 17 2001
Richard D. Sletten, Clerk
Judgment Entd.______________
Deputy Clerk______________

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: October 17, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge