423976

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1090 MJD/~~JHL~~ JGL Case Title: John A. Kelleher v. DaimlerChrysler Corp.

Affidavit of Movant

I, Richard A. Lind, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Elizabeth Wells Skaggs, an attorney admitted to practice in the Western District of Michigan, but not admitted to the bar of this court, who will be counsel for defendant Daimlerchrysler Corp. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 0063381 6/24/02
Signature MN Attorney License # Date

Affidavit of Proposed Admittee

I, Elizabeth Wells Skaggs, am currently a member in good standing of the U.S. District Court for the Western District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Elizabeth Wells Skaggs [signature] 6/13/02
Type/Print Name Signature Date

Attorney License Number: P62133
Law Firm Name and Address:
Varnum, Riddering, Schmidt & Howlett, LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000

Motion Granted: [signature] JUN 27 2002
For the Court: Richard D. Sletten, Clerk NML Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______